NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LIGUO SU,<br><br>      Plaintiff,<br><br>      v.<br><br>DAVID M. RADEL, U.S. CITIZENSHIP AND IMMIGRATION SERVICES LOS ANGELES ASYLUM OFFICE DIRECTOR,<br><br>      Defendant. | Case No. 8:25-cv-00653-FWS-ADS<br><br>**ORDER RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [10]**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

///
///
///

Having reviewed and considered the Joint Stipulation to Stay Case Pending Adjudication of Application [10] ("Stipulation"), between Plaintiff Liguo Su and Defendant David M. Radel, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **STAYED** from the date of this Order until **February 11, 2026**; and
2. If this action has not been dismissed on or before February 11, 2026, the parties shall file a joint status report with the court on or before **February 18, 2026**.

**IT IS SO ORDERED**.

Dated: May 20, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE